**SO ORDERED.**

**SIGNED this 8th day of December, 2023.**



_____
Dale L. Somers
United States Chief Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

IN RE:  HOOVER, JOHN ARMSTRONG                                    Case No.  20-41034-13
_____

ORDER GRANTING DEBTOR'S MOTION TO REINSTATE AND ABATE PAYMENTS

NOW, on the 27th day of September, 2023 comes on before this Court the Debtor's Motion to Reinstate and Abate Payments filed on 8-4-23 (doc 94). The Debtor appears by his attorney, John R. Hooge, and the Trustee, Carl Davis, appears. There are no further appearances.

WHEREUPON, the Court finds that notice with opportunity of hearing on the Debtor's Motion was properly served. There having no objections filed to such motion except for the Objection filed by the Trustee on 8-9-23 (doc 96) which this Order resolves, the Court finds as follows:

1. This case should be and is hereby reinstated.

2. Debtor made a payment of $160 posted on 9-13-23 which is his September, 2023 payment. Through September 20, 2023 the Trustee has received a total of $5335.00. Beginning October 2023, the payment shall increase to $137.00 per month until administrative claims,

UNITED STATES BANKRUPTCY COURT DISTRICT OF KANSAS
IN RE: HOOVER, JOHN ARMSTRONG                              Case No. 20-41034-13
_____

ORDER GRANTING MOTION TO REINSTATE CASE AND ABATE PAYMENTS
Page 2
_____

attorney fees, secured claims, priority claims are paid and $300.00 has been paid to general

unsecured creditors but in any event no less than 36 months.

      3. The Debtor will continue making his monthly plan payments each month. If he fails to

make any monthly payment by the 20th of the month, beginning with October, 2023, the Trustee

may submit an order of dismissal without further notice or hearing.

      4. The Debtor will file an amendment of his Income and Expenses Schedules within 21

days.

                            ###

APPROVED BY:

     s/ John R. Hooge                    s/Carl B. Davis
John R. Hooge #09798              Carl B. Davis #13705
2619 West 6th St., Ste. D            300 W Douglas Ave Ste 650
Lawrence, KS 66049                Wichita KS 67202-2921
Ph: (785) 842-ll38                   Ph: (316) 267-1791
Fax: (785) 865-2966                Email: cbdsig@kstrustee.com
Email: jhoogemail@sunflower.com    Trustee
Attorney for Debtor(s)

reinstate2and abate.a.ord