# Carl B. Davis, Standing Chapter 13 Trustee
## INTERIM STATEMENT AS OF 12/20/2023

CASE NO: 20-41034  DATE FILED: 12/30/2020  CONFIRMED: 04/27/2022

HOOVER, JOHN ARMSTRONG  ATTORNEY: JOHN R HOOGE  137.00 MONTHLY
1840 KASOLD DR  ATTORNEY AT LAW
LAWRENCE, KS 66047  2619 W 6TH ST #D
LAWRENCE, KS 66049

Employer:  Joint Debtor Employer:

### PAYMENTS/ABATEMENTS

| Due Dates | Amount | |
|---|---|---|
| 02/28/2021 to 09/30/2023 | 0.00 | Monthly Payment Debtor |
| 09/30/2023 to 09/30/2023 | 5,335.00 | One-time Payment Debtor |
| 10/30/2023 to 00/0000 | 137.00 | Monthly Payment Debtor |

TOTAL PAYMENTS DUE: 5,746.00
AMOUNT BEHIND: (229.00)

### PAYMENTS RECEIVED IN PAST 12 MONTHS

| Date | Source | Number | Amount |
|---|---|---|---|
| 12/20/23 | MONEY ORDER | 19591202924 | 160.00 |
| 12/04/23 | MONEY ORDER | 19-589728380 | 160.00 |
| 10/31/23 | MONEY ORDER | 19589728157 | 160.00 |
| 10/04/23 | MONEY ORDER | 19494887864 | 160.00 |
| 09/13/23 | MONEY ORDER | 19494887634 | 160.00 |
| 05/01/23 | CASHIERS CHECK | 53653 | 300.00 |
| 01/18/23 | CASHIERS CHECK | 27802 | 200.00 |

TOTAL PAYMENTS RECEIVED: 5,975.00

CASE TYPE:  UNSECURED BASE: 300.00
ESTIMATED NEEDED TO COMPLETE CLAIMS: 3,145.27
ESTIMATED NUMBER OF MONTHS REMAINING: (24 LEFT)

### CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS / PAY% | INT. RATE / INT. BEGIN | FIX PAY / ARREARS | LAST DISB | CLAIM AMT TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| 001 | DISCOVER BANK | PRO | UNS 100.0000 | 0.00 | 0.00 / 0.00 | | 14,522.47 / 14,522.47 | 0.00 / 0.00 | 14,522.47 / 0.00 |
| 002 | BANK OF AMERICA | PRO | UNS 100.0000 | 0.00 | 0.00 / 0.00 | | 931.21 / 931.21 | 0.00 / 0.00 | 931.21 / 0.00 |
| 003 | WELLS FARGO BANK NA / 17 FORD FUSION; SURRENDER PER AM | FIX | SEC 100.0000 | 4.7500 / 12/30/2020 | 200.00 / 0.00 | 08/2021 | 1,518.98 / 1,518.98 | 1,518.98 / 654.37 | 0.00 / 0.00 |
| 004 | CITIBANK NA | PRO | UNS 100.0000 | 0.00 | 0.00 / 0.00 | | 13,665.73 / 13,665.73 | 0.00 / 0.00 | 13,665.73 / 0.00 |
| 005 | JPMORGAN CHASE BANK NA S/B/M/T CH | PRO | UNS 100.0000 | 0.00 | 0.00 / 0.00 | | 17,078.28 / 17,078.28 | 0.00 / 0.00 | 17,078.28 / 0.00 |
| 006 | JPMORGAN CHASE BANK NA S/B/M/T CH | PRO | UNS 100.0000 | 0.00 | 0.00 / 0.00 | | 7,614.15 / 7,614.15 | 0.00 / 0.00 | 7,614.15 / 0.00 |
| 007 | QUANTUM3 GROUP LLC / VICTORIA'S SECRET | PRO | UNS 100.0000 | 0.00 | 0.00 / 0.00 | | 848.57 / 848.57 | 0.00 / 0.00 | 848.57 / 0.00 |
| 008 | US BANK NATIONAL ASSOCIATION | PRO | UNS 100.0000 | 0.00 | 0.00 / 0.00 | | 3,798.87 / 3,798.87 | 0.00 / 0.00 | 3,798.87 / 0.00 |
| 009 | AT&T MOBILITY II LLC | PRO | UNS 100.0000 | 0.00 | 0.00 / 0.00 | | 3,152.14 / 3,152.14 | 0.00 / 0.00 | 3,152.14 / 0.00 |
| 010 | AT&T CORP | PRO | UNS 100.0000 | 0.00 | 0.00 / 0.00 | | 702.96 / 702.96 | 0.00 / 0.00 | 702.96 / 0.00 |
| 011 | THE BOARD OF TRUSTEES OF NORTH F | PRO | UNS 100.0000 | 0.00 | 0.00 / 0.00 | | 14,850.56 / 14,850.56 | 0.00 / 0.00 | 14,850.56 / 0.00 |
| 777 | DEBTOR | PRO-I | REF .0000 | 0.00 | 0.00 / 0.00 | | Continuing / Continuing | 0.00 / 0.00 | Closed / 0.00 |
| 799 | JOHN R HOOGE | FIX | ATY 100.0000 | 0.00 | 111.60 / 974.70 | 12/2023 | 5,368.00 / 5,368.00 | 3,042.90 / 0.00 | 2,325.10 / 0.00 |
| 799C | JOHN R HOOGE / Atty Closing Fee | PRO-A | ATY 100.0000 | 0.00 | 0.00 / 0.00 | | 300.00 / 300.00 | 0.00 / 0.00 | 300.00 / 0.00 |
| 800 | CHERI HOOVER | PRO | UNS .0000 | 0.00 | 0.00 / 0.00 | | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 |
| 999 | DEBTOR | PRO | REF 100.0000 | 0.00 | 0.00 / 0.00 | | Continuing / Continuing | 0.00 / 0.00 | 0.00 / 0.00 |

## Carl B. Davis, Standing Chapter 13 Trustee
## INTERIM STATEMENT AS OF 12/20/2023

CASE NO: 20-41034  DATE FILED: 12/30/2020  CONFIRMED: 04/27/2022
HOOVER, JOHN ARMSTRONG  ATTORNEY: JOHN R HOOGE  137.00 MONTHLY

### CLAIMS FILED

| CLAIM NO | CREDITOR NAME / CLAIM REMARK | DISB CODE | CLASS PAY% | INT. RATE INT. BEGIN | FIX PAY ARREARS | LAST DISB | CLAIM AMT TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|
| F1 | CLERK OF THE BANKRUPTCY COURT | PRO | SPC 100.0000 | | 0.00 0.00 | 07/2021 | 213.00 213.00 | 213.00 0.00 | 0.00 0.00 |
| | Trustee Administrative Fees | | | | | | 545.75 | 545.75 | |
| | | | | TOTALS: | 311.60 974.70 | | 85,110.67 85,110.67 | 5,320.63 654.37 | 79,790.04 0.00 |

### DISTRIBUTION SUMMARY TO DATE

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| AMT TO BE PAID: | 213.00 | 5,668.00 | 0.00 | 1,518.98 | 77,164.94 | 0.00 | | |
| PAID BY TRUSTEE: | 213.00 | 3,042.90 | 0.00 | 1,518.98 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 2,625.10 | 0.00 | 0.00 | 77,164.94 | 0.00 | DUE CREDITORS: | 79,790.04 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 220.17 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 0.00 |
| BALANCE DUE: | 0.00 | 2,625.10 | 0.00 | 0.00 | 77,164.94 | 0.00 | APPROX BALANCE: | 80,010.21 |